UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Juan Milder Reyes Alvarez,<br>Petitioner,<br>v.<br>Todd Blanche, et al.,<br>Respondents. | Case No. 2:26-cv-02693-ART-BNW<br>Order Dismissing and Closing Duplicative Case<br>[ECF No. 1] |

Petitioner Juan Reyes Alvarez, an immigration detainee who is challenging his ongoing federal detention at Nevada Southern Detention Center, has filed a *pro se* petition for federal habeas corpus relief under 28 U.S.C. § 2241 and paid the $5 filing fee. (ECF Nos. 1, 1-1). Petitioner has initiated another federal habeas case by filing a § 2241 petition challenging his immigration detention wherein the Court appointed him counsel, set a deadline to file an amended petition, and recently stayed the case on the parties' stipulation considering developments in his underlying immigration case. *Reyes-Alvarez v. Chief Counsel for the District of Nev.*, Case No. 2:26-cv-00561-JAD-DJA (D. Nev.), ECF Nos. 3, 14, 15. Petitioner filed a second federal habeas case that was dismissed on his motion as duplicative of his 00561 case. *Reyes-Alvarez v. USA*, Case No. 2:26-cv-00912-GMN-NJK (D. Nev.), ECF Nos. 9, 10.

The Court will therefore dismiss this action, without prejudice, as duplicative. Any federal habeas claims that Petitioner wishes to pursue

challenging his immigration detention must be asserted, if at all, in Case No. 2:26-cv-00561-JAD-DJA.

It is therefore ordered that this action is dismissed without prejudice as duplicative of Case No. 2:26-cv-00561-JAD-DJA.

It is further ordered that the Clerk of Court is directed to (1) send courtesy copies of the Petition (ECF No. 1) and this Order to Petitioner's counsel in Case No. 2:26-cv-00561-JAD-DJA and (2) enter final judgment and close this case.

DATED: September 3, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE